IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GENNEL EDWARD MILES, JR.,** | Case No. 2:19-cv-00377-DMC |
| Petitioner, | **ORDER** |
| v. | |
| **W.J. SULLIVAN,** | |
| Respondent. | |

Good cause appearing, IT IS HEREBY ORDERED THAT Respondent's motion for an extension of time (ECF No. 15) is granted and Respondent's reply to Petitioner's opposition to Respondent's motion to dismiss shall be filed on or before July 17, 2019.

Dated: June 18, 2019

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE