# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENNEL EDWARD MILES, JR., <br><br> Petitioner, <br><br> v. <br><br> W.J. SULLIVAN, <br><br> Respondent. | No. 2:19-CV-0377-KJM-DMC-P <br><br> ORDER |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254. The United States Court of Appeals for the Ninth Circuit reversed the District Court's decision dismissing Petitioner's petition as time-barred due to subsequent developments in California case law. ECF No. 31. The Ninth Circuit reversed and remanded for further proceedings. Id. This case has been reopened. Respondent shall file an answer within sixty (60) days of the date of this order.

IT IS SO ORDERED.

Dated: July 13, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1