IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENNEL EDWARD MILES, JR., | No. 2:19-CV-0377-KJM-DMC-P |
| Petitioner, | |
| v. | ORDER |
| W.J. SULLIVAN, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254. The United States Court of Appeals for the Ninth Circuit reversed the District Court's decision dismissing Petitioner's petition as time-barred due to subsequent developments in California case law. ECF No. 31. The Ninth Circuit reversed and remanded for further proceedings. Id. The Court ordered Respondent to file an answer to the petition within 60 days. ECF No. 34. Respondent, however, informed the Court that the Ninth Circuit has not yet issued a mandate transferring jurisdiction back to this Court. See ECF No. 35. The Court's order issued on July 14, 2021, is thus **VACATED** as having been issued in error.

IT IS SO ORDERED.

Dated: July 20, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1