IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENNEL EDWARD MILES, JR., | No. 2:19-CV-0377-KJM-DMC-P |
| Petitioner, | |
| v. | <u>ORDER</u> |
| W.J. SULLIVAN, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the Court is Petitioner's motion, ECF No. 38, for an order setting a briefing schedule following the Ninth Circuit Court of Appeal's mandate.  Good cause appearing therefor, Petitioner's motion is granted.  Respondent shall file an answer to Petitioner's petition within 60 days of the date of this order.  Petitioner may file a traverse within 30 days of the date of service of Respondent's answer.

IT IS SO ORDERED.

Dated: July 23, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1