IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENNEL EDWARD MILES, JR., | No. 2:19-CV-0377-KJM-DMC-P |
| Petitioner, | |
| v. | <u>AMENDED ORDER</u> |
| W.J. SULLIVAN, | |
| Respondent. | |

Petitioner, a state prisoner proceeding with retained counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the Court is Petitioner's unopposed motion, ECF No. 38, for an order setting a briefing schedule following the Ninth Circuit Court of Appeal's mandate. Good cause appearing therefor, Petitioner's motion is granted. Petitioner shall file an amended petition by October 1, 2021; Respondent shall file an answer or motion to dismiss in response to the amended petition by December 1, 2021; and Petitioner's traverse/reply shall be filed by January 15, 2022. This order amends the Court's order issued on July 23, 2021, ECF No. 39.

IT IS SO ORDERED.

Dated:  July 27, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1