# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENNEL EDWARD MILES, JR., | No. 2:19-CV-0377-KJM-DMC |
| Petitioner, | |
| v. | ORDER GRANTING MOTION FOR EXTENSION OF TIME AND RESETTING DEADLINES |
| THERESA CISNEROS, Warden, | |
| Respondent. | |

For good cause shown, Petitioner's Motion for Extension of Time, ECF No. 42, is hereby **GRANTED**. Petitioner shall file his amended petition on or before November 1, 2021. Respondent shall file an answer to the petition or a motion to dismiss on or before January 3, 2022. If Respondent files an answer, Petitioner shall file any reply no later than February 17, 2022.

IT IS SO ORDERED.

**Dated:  October 4, 2021**

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE