# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENNEL EDWARD MILES, JR., | No. 2:19-CV-0377-KJM-DMC-P |
| Petitioner, | |
| v. | <u>ORDER</u> |
| W.J. SULLIVAN, | |
| Respondent. | |

Petitioner, a state prisoner proceeding with retained counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the Court is Petitioner's motion, ECF No. 46, for an extension of time to file a first amended petition.  Good cause appearing therefor, Petitioner's motion is granted.  The first amended petition filed on November 29, 2021, is deemed timely.  Respondent shall file a response to the first amended petition by January 31, 2022.

IT IS SO ORDERED.

Dated: November 30, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1