IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENNEL EDWARD MILES, JR., | No. 2:19-CV-0377-KJM-DMC-P |
| Petitioner, | |
| v. | <u>ORDER</u> |
| W.J. SULLIVAN, | |
| Respondent. | |

Petitioner, a state prisoner proceeding with retained counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to Eastern District of California Local Rule 230(g), and given Respondent's statement of non-opposition to the relief requested by Petitioner in his motion for a stay of proceedings, the hearing scheduled on Petitioner's motion for September 21, 2022, at 10:00 a.m., before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.  Petitioner's unopposed motion will be addressed by separate findings and recommendations.

IT IS SO ORDERED.

Dated:  September 12, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1