UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENNEL EDWARD MILES, JR., | No. 2:19-CV-0377-KJM-DMC |
| Petitioner, | |
| v. | ORDER |
| BRYAN D. PHILLIPS[1], Warden, | |
| Respondent. | |

    This matter was stayed on January 13, 2023, to allow petitioner to exhaust an unexhausted cumulative error claim in state court. Now before the Court is Petitioner's notice of withdrawal of the unexhausted claim and motion, ECF No. 58, to lift the stay. For good cause shown, Petitioner's motion is granted. Ground Four raised in the first amended petition, ECF No. 47, is voluntarily dismissed and the stay of proceedings as to the remaining three exhausted claims, issued on January 13, 2023, is lifted. The Court will address the merits of Petitioner's three

/ / /

/ / /

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Bryan D. Phillips is substituted for his predecessor. The Clerk of the Court is directed to update the docket to reflect the above caption.

exhausted claims by findings and recommendations issued separately.

        IT IS SO ORDERED.

Dated:  March 10, 2023

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE