IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENNEL EDWARD MILES, JR., | No. 2:19-CV-0377-KJM-DMC-P |
| Petitioner, | |
| v. | ORDER |
| BRYAN D. PHILLIPS, | |
| Respondent. | |

Petitioner, a state prisoner proceeding with retained counsel, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  This matter is before the undersigned pursuant to the District Judge's August 19, 2024, order directing further consideration of: (1) whether the state court's decision is entitled to deference under the Anti-terrorism and Effective Death Penalty Act (AEDPA); and (2) whether an evidentiary hearing at the federal level is warranted.  See ECF No. 65.  Petitioner has filed a motion requesting that the Court set a supplemental briefing schedule on these issues.  See ECF No. 66.  Good cause appearing therefor, and consistent with the District Judge's order, Petitioner's motion will be granted.

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED as follows:

1. Petitioner's motion for an order setting a supplemental briefing schedule, ECF No. 66, is granted.

2. Petitioner shall file a supplemental brief addressing the issues set forth in the District Judge's August 19, 2024, order within 30 days of the date of this order.

3. Respondent's supplemental brief is due within 30 days of the date of service of Petitioner's supplemental brief.

4. Petitioner may file a supplemental reply within 14 days of the date of service of Respondent's supplemental brief.

Dated: November 15, 2024

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE