UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENNEL EDWARD MILES, JR.,<br><br>Petitioner,<br><br>v.<br><br>BRYAN D. PHILLIPS, Warden,<br><br>Respondent. | No. 2:19-CV-0377-KJM-DMC-P<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL REPLY BRIEF |

For good cause shown, Petitioner's Motion for Extension of Time to File Supplemental Reply Brief, ECF No. 70, is hereby **GRANTED**. Petitioner shall file his supplemental reply brief on or before January 14, 2025.

IT IS SO ORDERED.

Dated:  December 30, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE