**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GENNEL EDWARD MILES, JR., | No.  2:19-CV-0377-KJM-DMC-P |
| Petitioner, | |
| v. | ORDER |
| BRYAN D. PHILLIPS, | |
| Respondent. | |

Petitioner, who is represented by counsel, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254.  Pending before the Court is Petitioner's unopposed motion for an extension of time to file objections to this Court's Amended Findings and Recommendations. See ECF No. 75.  Good cause appearing therefor, Petitioner's unopposed motion will be granted. Any objections shall be filed on or before October 17, 2025.

IT IS SO ORDERED.

Dated:  September 10, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE