1
2
3
4
5
6
7
8  **IN THE UNITED STATES DISTRICT COURT**

9  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  GENNEL EDWARD MILES, JR.,                    No.  2:19-CV-0377-KJM-DMC-P

12            Petitioner,

13      v.                                       ORDER

14  BRYAN D. PHILLIPS,

15            Respondent.

16

17          Petitioner, who is represented by counsel, brings this petition for a writ of habeas

18  corpus under 28 U.S.C. § 2254.  Pending before the Court is Respondent's unopposed motion for

19  an extension of time to file objections to this Court's Amended Findings and Recommendations.

20  See ECF No. 77.  Good cause appearing therefor, Respondent's unopposed motion will be

21  granted. Any objections shall be filed on or before October 17, 2025.

22          IT IS SO ORDERED.

23

24  Dated:  September 15, 2025

25                                              _____
                                                DENNIS M. COTA
26                                              UNITED STATES MAGISTRATE JUDGE

27

28

1