IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENNEL EDWARD MILES, JR., | No. 2:19-CV-0377-KJM-DMC-P |
| Petitioner, | |
| v. | ORDER |
| BRYAN D. PHILLIPS, | |
| Respondent. | |

Petitioner, who is represented by counsel, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254. Pending before the Court is Petitioner's unopposed motion for an extension of time to file objections to this Court's Amended Findings and Recommendations and respond to Respondent's objections to those Findings and Recommendations. See ECF No. 81. Originally, objections to the Amended Findings and Recommendations were due September 17, 2025, but both parties requested a 30-day extension, and the deadline was extended to October 17, 2025. See ECF Nos. 76 and 79. Respondent filed objections to the Amended Findings and Recommendations on October 3, 2025. See ECF No. 80. Petitioner seeks an additional 30-day extension to both file objections and respond to Respondent's objections. See ECF No. 81. Petitioner contends that when they reached out to Respondent about seeking this extension, Respondent did not object to such extension. See id. at pg. 3.

///

1

1  Good cause appearing therefor, Petitioner's unopposed motion will be granted. Any objections
2  or response to Respondent's objections shall be filed on or before November 17, 2025.
3            IT IS SO ORDERED.
4
5  Dated: October 20, 2025

                                        DENNIS M. COTA
                                        UNITED STATES MAGISTRATE JUDGE