1
2
3
4
5
6
7
8                       IN THE UNITED STATES DISTRICT COURT
9                     FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11    GENNEL EDWARD MILES, JR.,              No. 2:19-CV-0377-KJM-DMC-P
12                   Petitioner,
13         v.                                 ORDER
14    BRYAN D. PHILLIPS,
15                   Respondent.
16
17         Petitioner, who is represented by counsel, brings this petition for a writ of habeas corpus
18   under 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge as
19   provided by Eastern District of California local rules.
20         On September 3, 2025, the Magistrate Judge filed findings and recommendations, which
21   were served on the parties, and which contained notice that the parties may file objections within
22   the time specified therein. *See* ECF No. 74.  Timely objections to the findings and
23   recommendations have been filed. *See* ECF Nos. 80, 83, 84, and 85.
24         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this
25   Court has conducted a *de novo* review of this case.  Having reviewed the file, the Court finds the
26   findings and recommendations to be supported by the record and by proper analysis, including
27   with respect to whether *Loper Bright* renders AEDPA deference unconstitutional.
28   /////

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed September 3, 2025, ECF No. 74, are adopted in full;

2. Petitioner's amended petition for a writ of habeas corpus, ECF No. 47, is DENIED as to Petitioner's claim of ineffective assistance of counsel;

3. Petitioner's amended petition for a writ of habeas corpus, ECF No. 47, is DENIED as to Petitioner's claim of the prosecution's withholding material exculpatory evidence;

4. Petitioner's amended petition for a writ of habeas corpus, ECF No. 47, is GRANTED as to the claim that the trial court erred in admitting testimony that violated Petitioner's rights under the Due Process Clause; and

5. The State shall release Petitioner from custody within thirty days of the filed date of this order, unless, within that thirty-day period, the State files a written notice on the docket of this action of its election to retry Petitioner, and the State thereafter, within sixty days after the filing of that notice, actually commences that retrial.

DATED: December 31, 2025.

UNITED STATES DISTRICT JUDGE