UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GENNEL EDWARD MILES, JR.,

Petitioner,

v.

BRYAN D. PHILLIPS,

Respondent.

No. 2:19-cv-00377-DAD-DMC

ORDER DISMISSING FIRST AMENDED PETITION FOR WRIT OF HABEAS COPRUS AS MOOT

(Doc. No. 47)

Petitioner, a state prisoner, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on March 4, 2019 (Doc. No. 1), and a first amended petition on November 29, 2021 (Doc. No. 47). On December 31, 2025, the court granted petitioner's habeas petition as to two of his claims and ordered his release from custody within 30 days unless the state filed written notice of its election to retry petitioner. (Doc. No. 86.) On January 14, 2026, respondent filed a notice of appeal (Doc. No. 88) and motion to stay pending appeal (Doc. No. 89). On February 4, 2026, the court granted respondent's motion to stay pending appeal. (Doc. No. 106.) Thereafter, on March 26, 2026, the parties filed a joint status report with this court, in compliance with the February 4, 2026 order, reporting that:

> The parties, however, anticipate [respondent's] appeal will soon be moot. In Petitioner's state resentencing proceedings, the State and Petitioner are finalizing a settlement agreement. As part of the

1

settlement agreement, after Petitioner's new judgment is entered, the parties will seek dismissal of the appeal as moot.  The parties will request the district court's judgment be vacated and the case be remanded with instructions for the district court to dismiss the federal habeas petition with prejudice.

(Doc. No. 108 at 1.)

As anticipated by the parties, on May 27, 2026, the Ninth Circuit vacated the court's order granting the habeas petition and remanded with instructions to dismiss the petition "because the 2013 state court judgment that was the subject of the underlying proceedings has been vacated." (Doc. Nos. 109, 110.)

Accordingly, the court hereby DISMISSES petitioner's petition for writ of habeas corpus (Doc. No. 47) as moot in light of the challenged state court judgment having been vacated.

IT IS SO ORDERED.

Dated:    **June 1, 2026**                 _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2